ADRMOP, CLOSED, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02859-MHP

Lazio Family Products, v. Intel Corporation  
Assigned to: Hon. Marilyn H. Patel  
Cause: 15:15 Antitrust Litigation

Date Filed: 07/13/2005  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Lazio Family Products,**  
*a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated*

represented by **Michael P. Lehmann**  
The Furth Firm LLP  
225 Bush Street, 15th Floor  
San Francisco, CA 94104  
415-433-2070  
Fax: 415-982-2076  
Email: mplehmann@furth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alex C. Turan**  
The Furth Firm LLP  
225 Bush Street  
15th Floor  
San Francisco, CA 94104  
415-433-2070  
Fax: 415-982-2076  
Email: aturan@furth.com  
*ATTORNEY TO BE NOTICED*

**Craig C. Corbitt**  
Zelle, Hofmann, Voelbel, Mason & Gette LLP  
44 Montgomery Street  
Suite 3400  
San Francisco, CA 94104  
415/693-0700  
Fax: 415-693-0770  
Email: ccorbitt@zelle.com  
*ATTORNEY TO BE NOTICED*

**Francis O. Scarpulla**  
Law Offices of Francis O. Scarpulla  
44 Montgomery Street  
Suite 3400  
San Francisco, CA 94104  
415-788-7210  
Fax: 415-788-0707  
Email: foslaw@pacbell.net  
*ATTORNEY TO BE NOTICED*

**Frederick P. Furth**  
The Furth Firm  
Furth Building

225 Bush Street, 15th Floor
San Francisco, CA 94104
415-433-2070
Fax: 415-982-2076
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**
The Furth Firm
225 Bush Street, 15th Floor
San Francisco, CA 94104
415-433-2070
Email: tdove@furth.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Intel Corporation**<br>*a Delaware corporation* | represented by **Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher B. Hockett**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: chris.hockett@bingham.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2005 | 1 | CLASS ACTION COMPLAINT; JURY TRIAL DEMANDED against Intel Corporation ( Filing fee $ 250, receipt number 3374484.). Filed byLazio Family Products,. (sis, COURT STAFF) (Filed on 7/13/2005) Additional attachment(s) added on 7/21/2005 (sis, COURT STAFF). (Entered: 07/14/2005) |
| 07/13/2005 | | Summons Issued as to Intel Corporation. (sis, COURT STAFF) (Filed on 7/13/2005) (Entered: 07/14/2005) |
| 07/13/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/29/2005. Case Management Conference set for 10/13/2005 11:00 AM. (Attachments: # 1)(sis, COURT STAFF) (Filed on 7/13/2005) (Entered: 07/14/2005) |
| 07/13/2005 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 7/13/2005) (Entered: 07/14/2005) |
| 07/27/2005 | 3 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further |

| | | |
|---|---|---|
| | | proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 4 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 5 | STIPULATION re 1 Complaint, *And Proposed Order To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/03/2005 | 6 | STIPULATION AND ORDER extending deadline for defendant to file responsive pleading; Signed by Judge Marilyn Hall Patel on 8/2/2005. (awb, COURT-STAFF) (Filed on 8/3/2005) (Entered: 08/03/2005) |
| 08/26/2005 | 7 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 09/21/2005 | 8 | STIPULATION *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* by Lazio Family Products,. (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/21/2005 | 9 | CERTIFICATE OF SERVICE by Lazio Family Products, re 8 Stipulation *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/22/2005 | 10 | STIPULATION AND ORDER vacating case management conference to be reset ninety days out; Signed by Judge Marilyn Hall Patel on 9/22/2005. (awb, COURT-STAFF) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 10/06/2005 | 11 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *of Plaintiff Lazio Family Products* (Turan, Alex) (Filed on 10/6/2005) (Entered: 10/06/2005) |
| 10/06/2005 | 12 | CERTIFICATE OF SERVICE by Lazio Family Products, re 11 ADR Certification (ADR L.R. 3-5b)of discussion of ADR options *of Plaintiff Lazio Family Products* (Turan, Alex) (Filed on 10/6/2005) (Entered: 10/06/2005) |
| 11/02/2005 | 13 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 11/2/2005) (Entered: 11/02/2005) |
| 11/08/2005 | 14 | STIPULATION AND ORDER STAYING action pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 15 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 16 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 17 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 18 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2006 14:39:13 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02859-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |