1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  LAZIO FAMILY PRODS., et al., on behalf of      No. C 3:05-cv-02859-MHP
    itself and all others similarly situated,
12                                                 NOTICE OF APPEARANCE
                    Plaintiffs,
13          v.

14  INTEL CORPORATION, a Delaware
    corporation,
15
                    Defendant.
16

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

19  PLAINTIFF(S) IN THIS ACTION:

20          PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

21  and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

22  Francisco, CA 94111, members of the State Bar of California admitted to practice before this

23  Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

24  addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

25  Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

26  / / /

21628758.1                                                        Case No. 3:05-cv-02859-WHA

1    Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant

2    Intel Corporation.

3    DATED:  July 28, 2005

4

5                                              Bingham McCutchen LLP

6

7                                    By:_____/s/ Joy K. Fuyuno_____

8                                              Joy K. Fuyuno
                                          Attorneys for Defendant
9                                           Intel Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE