| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated | | No. C-05-2859-MHP |
| | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| v. | | |
| INTEL CORPORATION, a Delaware corporation, | | |
| | Defendant. | |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Lazio Family Products and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.  The parties request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743

1  (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or

2  consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has

3  been identified as a related action to that petition.  As a result the outcome of the pending

4  petition will impact significantly the schedule of this case.

5      This is the first stipulation between the parties.  Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED:  July ___, 2005

8

9      Bingham McCutchen LLP

10

11

12      By:_____
           JOY K. FUYUNO
           Attorneys for Defendant
13         Intel Corporation

14  DATED:  July ___, 2005

15

16      The Furth Firm LLP

17

18      By:_____
           ALEX C. TURAN
19         Attorneys for Plaintiff
           Lazio Family Products
20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627442.1

## [PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627442.1