1  (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or

2  consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has

3  been identified as a related action to that petition. As a result the outcome of the pending

4  petition will impact significantly the schedule of this case.

5  This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.

8  DATED: July 28, 2005

9

10  Bingham McCutchen LLP

11

12  By: _____
    JOY K. FUYUNO
13  Attorneys for Defendant
    Intel Corporation

14  DATED: July 29, 2005

15

16  The Furth Firm LLP

17

18  By: _____
    ALEX C. TURAN
19  Attorneys for Plaintiff
    Lazio Family Products

20

21

22

23