```
                                                                FILED
                                                              AUG - 3 2005

 1   Bingham McCutchen LLP
     DAVID M. BALABANIAN (SBN 37368)                      RICHARD W. WIEKING
 2   CHRISTOPHER B. HOCKETT (SBN 121539)               CLERK, U.S. DISTRICT COURT
     JOY K. FUYUNO (SBN 193890)                      NORTHERN DISTRICT OF CALIFORNIA
 3   Three Embarcadero Center
     San Francisco, CA 94111-4067
 4   Telephone: (415) 393-2000
     Facsimile: (415) 393-2286
 5
     Attorneys for Defendant
 6   Intel Corporation

 7

 8                      UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   LAZIO FAMILY PRODUCTS, a sole          No. C-05-2859-MHP
     proprietorship located in Eureka, California, on
13   behalf of itself and all others similarly situated   STIPULATION AND [PROPOSED]
                                                          ORDER TO CONTINUE FILING DATE
14                  Plaintiff,                            FOR DEFENDANT'S RESPONSE TO
            v.                                            PLAINTIFF'S COMPLAINT
15
     INTEL CORPORATION, a Delaware
16   corporation,

17                  Defendant.

18
```

19          IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20   COUNSEL AS FOLLOWS:

21          Pursuant to Civil Local Rule 6-2, Plaintiff Lazio Family Products and Defendant

22   Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall

23   be due either 60 days after transfer of the above captioned case pursuant to any motion to

24   coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative,

25   45 days after any such motion has been denied. The parties request this extension of time to

26   answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743

1  (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or

2  consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has

3  been identified as a related action to that petition. As a result the outcome of the pending

4  petition will impact significantly the schedule of this case.

5      This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July ___, 2005

8

9                  Bingham McCutchen LLP

10

11

12               By:_____
                  JOY K. FUYUNO

13                  Attorneys for Defendant
                Intel Corporation

14  DATED: July ___, 2005

15

16                  The Furth Firm LLP

17

18               By:_____
                  ALEX C. TURAN

19                  Attorneys for Plaintiff
                Lazio Family Products

20

21

22

23

24

25

26

1
2  **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**
3  IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6  1407, or, in the alternative, 45 days after any such motion has been denied.
7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8  Dated: _____8/2_____, 2005

Honorable Marilyn Hall Patel
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627442.1