| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, California  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| 5 | Attorneys for Defendant |
| | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. 05-2859<br><br>DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |

SF/21633119.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1   Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2   that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4   than the named parties, there is no such interest to report.
5   DATED: August 26, 2005

BINGHAM McCUTCHEN LLP

By: _____/s/ *Joy K. Fuyuno*_____
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

SF/21633119.1                 2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT