FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiff

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02859 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES** |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiff Lazio Family Products ("Plaintiff") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 13, 2005 as an antitrust class action against defendant Intel Corp.;

WHEREAS, in its Order entered July 13, 2005, the Court scheduled a case management conference for October 13, 2005 at 11:00 a.m.;

58764.1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

1   WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due
2   date for the Joint Case Management Statement for September 29, 2005;
3   WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due
4   date to file the ADR Certification for September 22, 2005;
5   WHEREAS, in its Order entered July 13, 2005, the Court scheduled the initial
6   disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for
7   the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for September 29, 2005;
8   WHEREAS, over 65 similar actions have been filed in various United States
9   District Courts. All those cases, including this case, are subject to motions to transfer and
10  consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL")
11  in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.
12  WHEREAS, in light of such motions before the MDL Panel and the potential
13  for transfer of this case by the MDL Panel to another district, Plaintiff and Intel Corp. have
14  agreed that in the interests of judicial efficiency and economy, the dates currently set for the
15  (1) case management conference, (2) the Joint Case Management Statement as well as (3) all
16  Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days. Additionally, the
17  representative for Plaintiff is unavailable to sign and file the ADR Certificate due to a death in
18  the family. The parties therefore stipulate to an extension of the due date to file the ADR
19  Certificate from September 22 to October 6, 2005.
20  IT IS HEREBY STIPULATED
21  Dated: September ____, 2005        Counsel for Plaintiff Lazio Family Products
22                                     By: _____
23                                         MICHAEL P. LEHMANN
                                           THOMAS P. DOVE
24                                         ALEX C. TURAN
                                           THE FURTH FIRM LLP
25                                         225 Bush Street, 15th Floor
                                           San Francisco, California 94104-4249
26                                         Telephone:    (415) 433-2070
                                           Facsimile:    (415) 982-2076
27
28
    58764.1                                 -2-
    STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

```
 1                                      FRANCIS O. SCARPULLA
                                        LAW OFFICES OF FRANCIS O.
 2                                        SCARPULLA
                                        44 Montgomery Street, Suite 3400
 3                                      San Francisco, CA 94104
                                        Telephone:   (415) 788-7210
 4                                      Facsimile:   (415) 788-0707

 5                                      CRAIG C. CORBITT
                                        ZELLE HOFMANN VOELBEL MASON &
 6                                        GETTE, LLP
                                        44 Montgomery Street, Suite 3400
 7                                      San Francisco, CA 94104
                                        Telephone:   (415) 693-0700
 8                                      Facsimile:   (415) 693-0770

 9   Dated: September 21, 2005           Counsel for defendant Intel Corporation

10                                      By: /s/ Joy K. Fuyuno
                                            JOY K. FUYUNO
11                                          BINGHAM McCUTCHEN LLP
                                            Three Embarcadero Center
12                                          San Francisco, CA 94111-4067
                                            Telephone:   (415) 393-2000
13                                          Facsimile:   (415) 393-2286

14

15   I, Alex C. Turan, am the ECF user whose ID and password are being used to file this
     Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26
16   Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno,
     attorney for defendant Intel Corporation, has concurred in this filing.

17                                      By: _____
                                            ALEX C. TURAN
18

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED

21   Dated: September ____, 2005
                                        By: _____
22                                          HON. MARILYN HALL PATEL
                                            United States District Judge
23
```

58764.1                                    -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES