1 FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
2 THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
3 THE FURTH FIRM LLP
225 Bush Street, 15th Floor
4 San Francisco, California 94104-4249
Telephone: (415) 433-2070
5 Facsimile: (415) 982-2076

6 Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C-05-02859 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES; and

59141.1 -1-
CERTIFICATE OF SERVICE

1       2. **CERTIFICATE OF SERVICE.**

2 ☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

6 ☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

8 ☐ **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>   Suite 800<br>Washington, DC 20036 | David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| Intel Corp.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |
| Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101 |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Spencer Hosie<br>Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market<br>Spear Street Tower, #2200<br>San Francisco, CA 94105 |

59141.1                  -2-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Fred Taylor Isquith | Charles P. Diamond |
| 2 | Wolf Haldenstein Adler Freeman & Herz LLP | Linda J. Smith<br>O'Melveny & Myers LLP |
| 3 | 270 Madison Avenue<br>New York, NY 10016 | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |
| 4 | Joel Friedlander | |
| 5 | James G. McMillan, III<br>Bouchard Margules & Friedlander, P.A. | |
| 6 | 222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | |

Executed on September 21, 2005, at San Francisco, California.

Signed /s/   Gary M. Gray

59141.1 -3-
CERTIFICATE OF SERVICE