FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiff

(Additional counsel are listed on Signature Page)

**FILED**

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02859 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiff Lazio Family Products ("Plaintiff") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 13, 2005 as an antitrust class action against defendant Intel Corp.;

WHEREAS, in its Order entered July 13, 2005, the Court scheduled a case management conference for October 13, 2005 at 11:00 a.m.;

1  WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due
2  date for the Joint Case Management Statement for September 29, 2005;
3  WHEREAS, in its Order entered July 13, 2005, the Court scheduled the due
4  date to file the ADR Certification for September 22, 2005;
5  WHEREAS, in its Order entered July 13, 2005, the Court scheduled the initial
6  disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for
7  the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for September 29, 2005;
8  WHEREAS, over 65 similar actions have been filed in various United States
9  District Courts. All those cases, including this case, are subject to motions to transfer and
10 consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL")
11 in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.
12 WHEREAS, in light of such motions before the MDL Panel and the potential
13 for transfer of this case by the MDL Panel to another district, Plaintiff and Intel Corp. have
14 agreed that in the interests of judicial efficiency and economy, the dates currently set for the
15 (1) case management conference, (2) the Joint Case Management Statement as well as (3) all
16 Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days. Additionally, the
17 representative for Plaintiff is unavailable to sign and file the ADR Certificate due to a death in
18 the family. The parties therefore stipulate to an extension of the due date to file the ADR
19 Certificate from September 22 to October 6, 2005.
20 IT IS HEREBY STIPULATED
21 Dated: September 21, 2005        Counsel for Plaintiff Lazio Family Products
22                                  By: /s/ Alex C. Turan
23                                  MICHAEL P. LEHMANN
                                    THOMAS P. DOVE
24                                  ALEX C. TURAN
                                    THE FURTH FIRM LLP
25                                  225 Bush Street, 15th Floor
                                    San Francisco, California 94104-4249
26                                  Telephone:  (415) 433-2070
                                    Facsimile:  (415) 982-2076
27
28
58764.1                             -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

```
                              FRANCIS O. SCARPULLA
                              LAW OFFICES OF FRANCIS O.
                                SCARPULLA
                              44 Montgomery Street, Suite 3400
                              San Francisco, CA 94104
                              Telephone:   (415) 788-7210
                              Facsimile:   (415) 788-0707

                              CRAIG C. CORBITT
                              ZELLE HOFMANN VOELBEL MASON &
                                GETTE, LLP
                              44 Montgomery Street, Suite 3400
                              San Francisco, CA 94104
                              Telephone:   (415) 693-0700
                              Facsimile:   (415) 693-0770
```

Dated: September 21, 2005     Counsel for defendant Intel Corporation

By: _____
    JOY K. FUYUNO
    BINGHAM McCUTCHEN LLP
    Three Embarcadero Center
    San Francisco, CA 94111-4067
    Telephone:   (415) 393-2000
    Facsimile:   (415) 393-2286

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26 Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno, attorney for defendant Intel Corporation, has concurred in this filing.

By: /s/ Alex C. Turan
    ALEX C. TURAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 22, 2005

By: _____
    HON. MARILYN HALL PATEL
    United States District Judge

58764.1                          -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES