FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:  (415) 433-2070
Facsimile:  (415) 982-2076

Attorneys for Plaintiff

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. C-05-02859 MHP<br><br>**ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |

Pursuant to ADR Local Rule 3-5(b) and Civil Local Rule 16-8(b), plaintiff Lazio Family Products and its undersigned counsel hereby certify that they have:

    (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR Internet site, *www.adr.cand.uscourts.gov*, specified on the site as necessary to comply with these Local Rules;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

58411.1
ADR CERTIFICATION

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: September 30, 2005     As to the Plaintiff: Lazio Family Products

By:   /s/ Lawrence G. Lazio
      Lawrence G. Lazio
      On behalf of Plaintiff Lazio Family Products

Dated: October 6, 2005     As to Counsel for Plaintiff:

By:   /s/ Alex C. Turan
      MICHAEL P. LEHMANN
      THOMAS P. DOVE
      ALEX C. TURAN
      THE FURTH FIRM LLP
      225 Bush Street, 15th Floor
      San Francisco, California 94104-4249
      Telephone: (415) 433-2070
      Facsimile: (415) 982-2076

      CRAIG C. CORBITT
      ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
      44 Montgomery Street, Suite 3400
      San Francisco, California 94104
      Telephone: (415) 693-0700
      Facsimile: (415) 693-0770

      FRANCIS O. SCARPULLA
      LAW OFFICES OF FRANCIS O. SCARPULLA
      44 Montgomery Street, Suite 3400
      San Francisco, California 94104
      Telephone: (415) 788-7210
      Facsimile: (415) 788-0707

      Attorneys for Plaintiff

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b). In compliance with General Order 45, X.B., I hereby attest that Lawrence G. Lazio, on behalf of Lazio Family Products, plaintiff in this action, has concurred in this filing.

By:   /s/ Alex C. Turan
      ALEX C. TURAN

58411.1        -2-
ADR CERTIFICATION