FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
2 CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
3 Three Embarcadero Center
San Francisco, CA 94111-4067
4 Telephone: (415) 393-2000
Facsimile: (415) 393-2286
5
Attorneys for Defendant
6 Intel Corporation

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on 13 behalf of itself and all others similarly situated, | No. C-05-2859-MHP |
| 14          Plaintiff,<br>    v. | STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR |
| 15 INTEL CORPORATION, a Delaware 16 corporation, | CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |
| 17          Defendant. | |

18

19        WHEREAS, on July 13, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Lazio Action");

21        WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Lazio Action has

25 been identified as a related action subject to that motion;

26

SF/21642102.1                                                            Case No. C 05-2859 (MHP)

1        WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3 all dates, events and deadlines in the action;

4        WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5        WHEREAS, the outcome of the MDL Motion will impact significantly the
6 schedule of this case;

7        THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8 by and among counsel for Plaintiff Lazio, and counsel for Defendant Intel Corporation, that any
9 events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including
10 the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of
11 Civil Procedure 16 and 26, and any deadlines established in any case management order
12 applicable to this case should be stayed pending the outcome of the aforementioned MDL
13 Motion; and

14        IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for any
16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18 accordingly.

19        IT IS HEREBY STIPULATED.

20 Dated: November 2, 2005        THE FURTH FIRM LLP

21        LAW OFFICES OF FRANCIS O. SCARPULLA
22

23        ZELLE, HOFFMANN, VOELBEL, MASON & GETTE LLP.

24

25        By:   /s/ Alex C. Turan
        Alex C. Turan
26        Attorneys for Plaintiff
        Lazio Family Products

SF/21642102.1        2        Case No. C 05-2859 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

Dated: November 2, 2005

BINGHAM McCUTCHEN LLP

By: /s/ Joy K. Fuyuno
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

### [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

IT IS SO ORDERED.

Dated: 11/7/05

Honorable Marilyn H. Patel
United States District Court Judge